**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ESQUEDA, | Case No. CV-18-5322-R |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION AND FAILURE TO COMPLY WITH THE COURT'S ORDER** |
| GRACE S.H. INC., et al., | |
| Defendant(s). | |

Plaintiff was ordered to show cause in writing by not later than **December 3, 2018** why this action should not be dismissed for lack of prosecution and failure to comply with the Court's Order;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: May 23, 2019

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE